**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

NANCY MARTINEZ ZARCO

Petitioner,

v.

CA: 25-CV-0029-JJM

MICHAEL NESSINGER Warden, Wyatt Detention Facility, in his official capacity only, and PATRICIA HYDE, Acting Boston Field Office Director, U.S. Immigration and Customs Enforcement, in her official capacity only.

Respondents.

**ORDER**

To give the Court time to consider the pending petition, unless otherwise ordered by the Court, the petitioner shall not be moved outside the District of Rhode Island without providing the Court with at least 48 hours' advance notice of the move and the reason therefore. Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

IT IS SO ORDERED

John J. McConnell, Jr.
Chief United States District Judge

Date: 6/23/2025